IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY CORPORATION<br><br>Defendant. | Case No. _____3:16-cv-2079_____ |

## MOTION FOR ADMISSION OF *PRO HAC VICE*

Pursuant to Rule 83.1(d)1 of the Local Rules of Civil Procedure of this Court, the Plaintiff, through their undersigned counsel, move that:

Mathew P. McCue
Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
E-mail: mmccue@massattorneys.net
Office: (508) 655-1415
mmccue@massattorneys.net

be admitted as a visiting lawyer in this proceeding on her behalf. In accordance with the requirements of Local Rule 83.1 (d)1, Attorney McCue's affidavit is attached hereto at <u>Exhibit 1</u>. In further support of this motion, the undersigned represents as follows:

1. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2. The undersigned will continue to participate in this action and provide a local office as required by Local Rule 83.1(c)(1).

3. A fee of $75 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(2).

WHEREFORE, the undersigned hereby moves that Attorney Matthew P. McCue be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

PLAINTIFF,
By his attorney

By _____
Brian V. Altieri (ct29530)
Law Offices of Balzano & Tropiano, P.C.
321 Whitney Avenue
New Haven, CT 06511
(203) 520-0097
baltieri@balzanoandtropiano.com
