IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>3:16-cv-2079 (JAM)<br><br><br><br><br><br><br><br>FEBRUARY 07, 2017 |

## MOTION FOR ADMISSION OF TIMOTHY J. ROONEY, ESQ. *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant Travelers Property Casualty Corp. ("Defendant"), by and through its undersigned counsel, respectfully requests that the Court admit Timothy J. Rooney, Esq. *pro hac vice* to appear in this Court on behalf of the Defendant in the above-captioned matter.

Attorney Rooney is an attorney at the law firm of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703. His telephone number is (312) 558-5972, his fax number is (312) 558-5700, and his e-mail address is trooney@winston.com.  He is a member in good standing of the Bar of the State of Illinois.  He is also admitted to practice in the United States District Courts for the Northern District of Illinois and the United States Court of Appeals for the Fifth Circuit, the Seventh Circuit, and the Eleventh Circuit.

Sponsoring counsel, Benjamin H. Nissim, Esq., is an attorney with Day Pitney LLP in Hartford, Connecticut.  He is a member in good standing of the Bar of this Court.  Service of all papers connected with this lawsuit may be made on Attorney Nissim in accordance with Local Rule 83.1(c).

-2-

In support of this motion, Defendant submits the attached Affidavit of Timothy J. Rooney, Esq., in which he states his qualifications for admission *pro hac vice* in accordance with Local Rule 83.1(d). As to matters arising during or pertaining to the above-entitled case, Attorney Rooney submits himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice before this Court and in the State of Connecticut.

To facilitate the filing of this motion, the required payment has been submitted to the clerk of this Court. Granting this motion will not require modification of any case deadlines.

WHEREFORE, for the reasons above stated, I respectfully request that this Court grant this Motion for Admission *Pro Hac* Vice of Timothy J. Rooney, Esq. on behalf of Defendant Travelers Property Casualty Corp.

TRAVELERS PROPERTY CASUALTY
CORP., Defendant,

By   /s/ Benjamin H. Nissim_____
    Thomas O. Farrish (ct26917)
    *tofarrish@daypitney.com*
    John W. Cerreta (ct28919)
    *jcerreta@daypitney.com*
    Benjamin H. Nissim (ct29501)
    *bnissim@daypitney.com*
    Day Pitney LLP
    242 Trumbull Street
    Hartford, Connecticut 06103
    (860) 275-0100
    (860) 275-0343 (fax)
    Its Attorneys

-3-

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

                                                                             /s/ Benjamin H. Nissim_____
                                                                              Benjamin H. Nissim