IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | : : : : : : : : : : : : : | CIVIL ACTION NO: 3:16-cv-02079 (JAM) |
| Plaintiff, | | |
| v. | | |
| TRAVELERS PROPERTY CASUALTY CORPORATION | | |
| Defendant. | | MARCH 9, 2017 |

## MOTION FOR ADMISSION OF MICHAEL D. CLAUS, ESQ. <u>*PRO HAC VICE*</u>

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant Travelers Property Casualty Corp. ("Defendant"), by and through its undersigned counsel, respectfully requests that the Court admit Michael D. Claus, Esq. *pro hac vice* to appear in this Court on behalf of the Defendant in the above-captioned matter.

Attorney Claus is an associate at the law firm of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703.  His telephone number is (312) 558-5768, his fax number is (312) 558-5700, and his e-mail is MClaus@winston.com.  He is a member in good standing of the Bar of the State of Illinois (No. 6312556).

Sponsoring counsel, Benjamin H. Nissim, Esq., is an associate at the law firm of Day Pitney LLP in Hartford, Connecticut.  He is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made on Attorney Nissim in accordance with Local Rule 83.1(c).

In support of this motion, Defendant submits the attached Affidavit of Michael D. Claus, Esq., in which he states his qualifications for admission *pro hac vice* in accordance with Local

-2-

Rule 83.1(d). As to matters arising during or pertaining to the above-entitled case, Attorney Claus submits himself to the full disciplinary powers of the this Court to the same extent as if he were fully admitted to practice before this Court and in the State of Connecticut.

To facilitate the filing of this motion, the required payment has been submitted to the clerk of this Court. Granting this motion will not require modification of any case deadlines.

WHEREFORE, for the reasons above stated, I respectfully request that this Court grant this Motion for Admission *Pro Hac Vice* of Michael D. Claus, Esq. on behalf of Defendant Travelers Property Casualty Corp.

TRAVELERS PROPERTY CASUALTY CORP., Defendant,


By  /s/ Benjamin H. Nissim_____
    Thomas O. Farrish
    John W. Cerreta
    Benjamin H. Nissim
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    T: (860) 275-0397
    F: (860) 275-0343
    tofarrish@daypitney.com
    jceretta@daypitney.com
    bnissim@daypitney.com

*Attorneys for Defendant*

-3-

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

                                               /s/
                                    Benjamin H. Nissim