# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

|  |  |  |
|---|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 3:16-cv-02079-JAM |
| v. | : : | |
| TRAVELERS PROPERTY CASUALTY CORP. and QUINSTREET, INC. | : : : | |
| Defendants. | : : | |

## DEFENDANT QUINSTREET, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant QuinStreet, Inc. ("QuinStreet"), by and through its attorneys, Kelley Drye & Warren LLP, hereby states that no corporation is the parent of QuinStreet, and no publicly held corporation owns 10% or more of its stock.  QuinStreet is a publicly held corporation.

Dated: May 11, 2017
New York, New York

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By:  /s/ Marisa A. Lorenzo
Marisa A. Lorenzo (ct30190)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
mlorenzo@kelleydrye.com

Lauri A. Mazzuchetti[*]
Edward J. Mullins III[*]
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
emullins@kelleydrye.com

*Attorneys for Defendant QuinStreet, Inc.*

---

[*] *Pro hac vice* applications are forthcoming.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a true copy of the within Rule 7.1 Disclosure

Statement was served upon all counsel of record via the ECF system.


Dated: May 11, 2017
New York, New York                          /s/Marisa A. Lorenzo
                                             Marisa A. Lorenzo