IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, : : | |
| Plaintiff, : : | Case No. 3:16-cv-02079-JAM |
| v. : : | |
| TRAVELERS PROPERTY CASUALTY CORP. and QUINSTREET, INC. : : : | |
| Defendants. : : | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF LAURI A. MAZZUCHETTI

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned hereby moves that Lauri A. Mazzuchetti be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant QuinStreet, Inc. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court and is special counsel with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178; telephone number (212) 808-7697; email mlorenzo@kelleydrye.com.

2. Lauri A. Mazzuchetti is an attorney practicing with the law firm of Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, New Jersey 07054; telephone number (973) 503-5910; email lmazzuchetti@kelleydrye.com.

3. As the attached Affidavit of Lauri A. Mazzuchetti demonstrates, Attorney Lauri A. Mazzuchetti is a member of good standing of the bar of New Jersey since January 3, 2000, Attorney ID 038481999.

253483

      4.      Based on the attached Affidavit, Attorney Lauri A. Mazzuchetti has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

      5.      The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Rule 16(b) of the Federal Rules of Civil procedure or the deadlines established by the standing order on scheduling in civil cases.

      WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar ($75.00) fee for the admission of Attorney Lauri A. Mazzuchetti which is submitted herewith, the Court enter an order permitting Attorney Lauri A. Mazzuchetti to represent Defendant QuinStreet, Inc. in this civil action as a visiting lawyer.

Dated: May 11, 2017
      New York, New York         Respectfully submitted,

                              KELLEY DRYE & WARREN LLP

                              By:  /s/ Marisa A. Lorenzo
                                    Marisa A. Lorenzo (ct30190)
                                    101 Park Avenue
                                    New York, NY 10178
                                    Tel: (212) 808-7800
                                    Fax: (212) 808-7897
                                    mlorenzo@kelleydrye.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true copy of the within Motion was served upon all counsel of record via the ECF system.

Dated: May 11, 2017
      New York, New York           /s/Marisa A. Lorenzo
                                                 Marisa A. Lorenzo

253483

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | : |
| Plaintiff, | : Case No. 3:16-cv-02079-JAM |
| v. | : |
| TRAVELERS PROPERTY CASUALTY CORP. and QUINSTREET, INC. | : |
| Defendants. | : |

## AFFIDAVIT OF LAURI A. MAZZUCHETTI

COMES NOW Lauri A. Mazzuchetti, who, after been duly sworn, deposes and states the following:

1. I am over the age of eighteen (18) and understand the obligations of an oath.

2. I am an attorney practicing with the law firm of Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, New Jersey 07054; telephone number (973) 503-5910; email lmazzuchetti@kelleydrye.com.

3. I am currently admitted to the bar of New Jersey, admitted on January 3, 2000, Attorney ID 038481999.

4. I am a member in good standing of the bar of which I am a member. There are currently no pending disciplinary complaints against me in the bar of which I am a member as to which a finding has been made that such complaint should proceed to a hearing.

5. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

253483                                          1

6. I have fully reviewed and am familiar with the rules of the Federal Rules of Civil and Criminal Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Marisa A. Lorenzo (ct30190), of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York, 10178, who is the sponsor for my motion for admission, is hereby designated as my agent for service of process for the resolution of any dispute arising out of my admission.

8. I hereby designate the U.S. District Court for the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

I have read the foregoing eight paragraphs, and they are true and accurate to the best of my knowledge and belief.

Dated at Parsippany, New Jersey this 11th day of May, 2017.

_____
Lauri A. Mazzuchetti

County of Morris    )
                    ) ss.
State of New Jersey )

Sworn and subscribed before me this 11th day of May, 2017.

_____
Notary Public
MARISOL CASTELLANOS
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXP. OCT. 14, 2019

253483

2