## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, : : : Plaintiff, : : v. : : TRAVELERS PROPERTY CASUALTY CORP. and QUINSTREET, INC. : : : Defendants. : : | Case No. 3:16-cv-02079-JAM |

**MOTION FOR *PRO HAC VICE* ADMISSION OF EDWARD J. MULLINS III**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned hereby moves that Edward J. Mullins III be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant QuinStreet, Inc. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court and is special counsel with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178; telephone number (212) 808-7697; email mlorenzo@kelleydrye.com.

2. Edward J. Mullins III is an attorney practicing with the law firm of Kelley Drye & Warren LLP, One Jefferson Road, Parsippany, 2nd Floor, New Jersey 07054; telephone number (973) 503-5967; email emullins@kelleydrye.com

3. As the attached Affidavit of Edward J. Mullins III demonstrates, Attorney Edward J. Mullins III is a member of good standing of the bar of New Jersey since December 6, 2006, Attorney ID 027892006, and the bar of New York since January 4, 2007, Attorney ID 4468245.

4. Based on the attached Affidavit, Attorney Edward J. Mullins III has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Rule 16(b) of the Federal Rules of Civil procedure or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar ($75.00) fee for the admission of Attorney Edward J. Mullins III which is submitted herewith, the Court enter an order permitting Attorney Edward J. Mullins III to represent Defendant QuinStreet, Inc. in this civil action as a visiting lawyer.

Dated: May 11, 2017
      New York, New York

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: /s/ Marisa A. Lorenzo
    Marisa A. Lorenzo (ct30190)
    101 Park Avenue
    New York, NY 10178
    Tel: (212) 808-7800
    Fax: (212) 808-7897
    mlorenzo@kelleydrye.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true copy of the within Motion was served upon all counsel of record via the ECF system.

Dated: May 11, 2017
      New York, New York                /s/Marisa A. Lorenzo
                                                   Marisa A. Lorenzo

253892

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

STEWART ABRAMSON on behalf of himself
and others similarly situated,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
CORP. and QUINSTREET, INC.

    Defendants.

Case No. 3:16-cv-02079-JAM

## AFFIDAVIT OF EDWARD J. MULLINS III

COMES NOW Edward J. Mullins III, who, after been duly sworn, deposes and states the following:

1. I am over the age of eighteen (18) and understand the obligations of an oath.

2. I am an attorney practicing with the law firm of Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, New Jersey 07054; telephone number (973) 503-5967; email emullins@kelleydrye.com.

3. I am currently admitted to the bar of New Jersey, admitted on December 6, 2006, Attorney ID 027892006, and the bar of New York since January 4, 2007, Attorney ID 4468245.

4. I am a member in good standing of the bar of which I am a member. There are currently no pending disciplinary complaints against me in the bar of which I am a member as to which a finding has been made that such complaint should proceed to a hearing.

5.  I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.  I have fully reviewed and am familiar with the rules of the Federal Rules of Civil and Criminal Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  Marisa A. Lorenzo (ct30190), of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York, 10178, who is the sponsor for my motion for admission, is hereby designated as my agent for service of process for the resolution of any dispute arising out of my admission.

8.  I hereby designate the U.S. District Court for the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

I have read the foregoing eight paragraphs, and they are true and accurate to the best of my knowledge and belief.

Dated at Bayonne, New Jersey this 11th day of May, 2017.

_____
Edward J. Mullins III

County of Hudson    )
                    ) ss.
State of New Jersey )

Sworn and subscribed before me this 11th day of May, 2017.

_____
Notary Public

GEORGIANN KINIERY
A Notary Public of New Jersey
My Commission Expires June 22, 2020

253892                            2