IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | : : : |
| Plaintiff, | : Case No. 3:16-cv-02079-JAM : |
| v. | : : : |
| TRAVELERS PROPERTY CASUALTY CORP. and QUINSTREET, INC. | : : : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff Stewart Abramson and Defendants Travelers Property Casualty Corp. and QuinStreet, Inc. by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), who hereby stipulate and agree to the dismissal of the above-captioned action.  The dismissal shall be with prejudice of Plaintiff's individual claims and without prejudice of the putative class.  Each Party shall bear their own respective costs and attorneys' fees.

PLAINTIFF,
By his attorneys

/s/ *Matthew P. McCue*
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net

/s/   Sean G. Wieber
Timothy J. Rooney, pro hac vice 08770
Sean G. Wieber, pro hac vice 08771
Alexandra J. Schaller, pro hac vice 08769
Michael D. Claus, pro hac vice 08840
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
T: (312) 558-5600
F: (312) 558-5700
trooney@winston.com
swieber@winston.com
aschaller@winston.com
mclaus@winston.com

Thomas O. Farrish
John W. Cerreta
Benjamin H. Nissim
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
T: (860) 275-0397
F: (860) 275-0343
tofarrish@daypitney.com
jceretta@daypitney.com
bnissim@daypitney.com

*Attorneys for Defendant Travelers Property Casualty Corp.*


KELLEY DRYE & WARREN LLP

 /s/ Marisa A. Lorenzo
Marisa A. Lorenzo (ct30190)

2

        101 Park Avenue
        New York, NY  10178
        Tel:  (212) 808-7800
        Fax:  (212) 808-7897
        mlorenzo@kelleydrye.com

        Lauri A. Mazzuchetti
        KELLEY DRYE & WARREN LLP
        One Jefferson Road, 2nd Floor
        Parsippany, NJ  07054
        Tel:  (973) 503-5900
        Fax:  (973) 503-5950
        lmazzuchetti@kelleydrye.com

        *Attorneys for Defendant QuinStreet, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 28, 2017, I filed the foregoing through this Court's CM/ECF System, which sent a copy electronically to all counsel of record.

        */s/ Matthew P. McCue*
        Matthew P. McCue